IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | 4:14-cr-103 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| KENT LEROY SORENSON, | * | ACCEPTANCE OF |
| | * | MAGISTRATE JUDGE'S REPORT & |
| Defendant. | * | RECOMMENDATION REGARDING |
| | * | DEFENDANT'S GUILTY PLEA |
| | * | |

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), the August 27, 2014 Report and Recommendation of the United States Magistrate Judge recommending that Defendant Sorenson's guilty plea be accepted, to which there has been no timely objection, is adopted, and the Defendant's plea of guilty to Counts One and Two of the Information are now accepted.

IT IS SO ORDERED.

Dated this __16th__ day of September, 2014.

_/s/ Robert W. Pratt_
ROBERT W. PRATT, Judge
U.S. DISTRICT COURT