# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF IOWA

### Report on Defendant Under Pretrial Supervision

| | | | |
|---|---|---|---|
| **Name of Defendant:** | Kent Leroy Sorenson | **Case Number:** | 4:14-cr-00103-001 |
| **Name of Judicial Officer:** | Robert W. Pratt, Senior United States District Judge | | |
| **Charge:** | 2 U.S.C. §434(a)(1) - False Reports of Federal Campaign Expenditures to the Federal Election Commission (Ct. 1) | | |
| | 18 U.S.C. §1519 - Falsifying Records in Contemplation and Relation to a Federal Investigation (Ct. 2) | | |
| **Placed on Bond:** | August 27, 2014 | | |
| **Type of Bond:** | Personal Recognizance | | |
| **Sentencing Date:** | To be determined | | |
| **Assistant U. S. Attorney:** | Andrew Kahl | **Defense Attorney:** | F. Montgomery Brown |

## PETITIONING THE COURT

The defendant has not complied with the following condition of Pretrial supervision:

| **Violation** | **Nature of Non-Compliance** |
|---|---|
| 1) New Drug Use | a) On September 30, 2014, the defendant reported to the U.S. Probation Office and submitted a urinalysis. The test was presumptive positive for the presence of marijuana. The test was sent to Allere Laboratory for confirmation. |
| | b) On October 3, 2014, laboratory results confirmed the presence of marijuana. |

**U. S. Probation Officer Action:**

The Probation Office requests no action be taken at this time.

**Background Information:**

On August 27, 2014, the defendant appeared in Court for his initial appearance before Chief United States Magistrate Judge Celeste Bremer.  He was released on bond the same date with Pretrial Service supervision.  The defendant has maintained full-time employment.

                          Respectfully submitted,

By    */s/ Priscilla Davidson*

      Priscilla Davidson
      U.S. Probation Officer
      Date: October 3, 2014

**The Probation Office recommends no action be taken at this time.**

UNITED STATES PROBATION OFFICE

DATE: October 10, 2014

FROM: Priscilla Davidson, U.S. Probation Officer

SUBJECT: Kent Leroy Sorenson, Cr. No. 4:14-cr-00103
ATTACHED PRETRIAL SUPERVISION VIOLATION REPORT - INFORMATION ONLY

TO: Robert J. Higdon, Jr.
Trial Attorney
Public Integrity Section
United States Department of Justice

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The attached memo and Petition will be submitted to the Court three working days from the date of this memo unless you object. [Pursuant to Rule 32.1(b)].

If there are any questions please call. Please initial the appropriate response and return this memo to our office.

THE UNITED STATES DEPARTMENT OF JUSTICE:

__RJH__ does not object to the proposed action.

_____ does object, but not sufficiently to request a formal hearing be set.

_____ does object, will petition the Court requesting that a formal hearing be set.