IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 4:14-CR-103-RWP |
| v. | ) |
| | ) |
| | ) MOTION FOR DOWNWARD |
| KENT L. SORENSON, | ) DEPARTURE UNDER SENTENCING |
| | ) GUIDELINES |
| Defendant. | ) |

The government respectfully moves this Court to depart downward from the United States Sentencing Guidelines (Guidelines) in sentencing defendant Kent L. Sorenson pursuant to Guidelines § 5K1.1 for his cooperation with and substantial assistance to the government. In light of (1) that substantial assistance, (2) the sentences already imposed by another District Judge of this Court upon defendant Sorenson's co-conspirators in *United States v. Benton, et al.,* No. 4:15-CR-103 (S.D. Iowa), and (3) the defendant's inability to pay a fine, the government recommends a downward departure to a sentence of no imprisonment, no home confinement, 80 hours or community service, and no fine, which is a sentence necessary to produce a punishment less severe than that already imposed on the leaders of the conspiracy, who went to trial.

              Respectfully submitted,

              RAYMOND N. HULSER
              Chief, Public Integrity Section

By:

               /s/ Richard C. Pilger
              Richard C. Pilger
              Director, Election Crimes Branch
              Public Integrity Section
              Criminal Division
              United States Department of Justice
              Tel. (202) 514-1412 (office)
              Fax: (202) 514-3003
              Email: richard.pilger@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2017, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

     U.S. Mail       Fax      Hand Delivery

 X   ECF/Electronic filing     Other means;


RAYMOND N. HULSER
Chief, Public Integrity Section

By:        /s/ *Richard C. Pilger*
             Richard C. Pilger
             Director, Election Crimes Branch
             Public Integrity Section
             Criminal Division
             United States Department of Justice